UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL NOTT                                       JURY TRIAL DEMANDED

v.                                              CASE NO.  3:13CV

CONNECTICUT HOME HEALTH SERVICES, LLC
SPINELLA & ASSOCIATES, P.C.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA).

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Defendant Connecticut Home Health Services (CHHS) is a domestic limited liability company registered to do business in Connecticut d/b/a Right at Home.

4. CHHS is in the business of providing homemaker companion services.

5. CHHS entered into a Services Agreement for home caregiver services with one Franklin Nott III on March 5, 2008.

6. After Mr. Nott's death, and from and after January 31, 2012, CHHS embarked on a campaign to collect a balance allegedly due on the Services Agreement from Mr. Nott's son, Paul Nott.

7. Said efforts included emails asking Paul Nott to pay "your" balance and threatening that Paul Nott would be responsible for CHHS's attorney's fees.

8. In pursuance of the efforts to get Paul Nott to pay a bill he did not owe,  A. Paul Spinella mailed a certified letter to Paul Nott dated October 5, 2012, demanding "immediate

payment of the full outstanding balance." "Not hearing from you my client will take immediate steps to bring suit in this matter."

9. A. Paul Spinella regularly collects or attempts to collect debts for CHHS and others by use of the mails.

FIRST COUNT

10. In the collection efforts within one year prior to the date of this action, defendant Spinella violated the FDCPA, § 1692d, -e, –f(1) or -g.

SECOND COUNT

11. In the collection efforts within one year prior to the date of this action, defendant CHHS violated the CCPA.

THIRD COUNT

12. In the collection efforts within three years prior to the date of this action, defendant CHHS violated CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against defendant Spinella under the FDCPA, plus $1,000 statutory damages against defendant CHHS under the CCPA, and actual and punitive damages against defendant CHHS under CUTPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net