UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL NOTT

v.                      CASE NO. 3:13CV 130 (VLB)

CONNECTICUT HOME HEALTH SERVICES, LLC
SPINELLA & ASSOCIATES, P.C.

### STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendants hereby agree and stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395

THE DEFENDANT
SPINELLA & ASSOCIATES, P.C.

By /s/ James R. Fiore
    James R. Fiore
    Federal Bar No: CT27076
    Anthony Nuzzo, Jr.
    Federal Bar No: CT05397
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, Connecticut 06410
    Tel:  (203) 250-2000
    Fax:  (203) 250-3131
    jfiore@nuzzo-roberts.com
    anuzzo@nuzzo-roberts.com

**THE  DEFENDANT**
**CONNECTICUT HOME HEALTH SERVICES, LLC**


By <u>/s/ A. Paul Spinella</u>
**A. Paul Spinella**
**Spinella & Associates**
**One Lewis Street**
**Hartford, CT 06103**
**Tel:  860 728-4900**
**fax:  860 728-4909**